Shawn Woodall
PLAINTIFF/PETITIONER/MOVANT'S NAME

#F91270
PRISON NUMBER

R.J. Donovan Correctional Facility
PLACE OF CONFINEMENT

P.O. Box 799002
San Diego, CA 92179-9002
ADDRESS

FILED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Shawn James Allen Woodall,
Plaintiff/Petitioner/Movant

v.

Robert J. Hernandez,
Defendant/Respondent

Civil No. **'08 CV 1132 BTM RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Shawn James Allen Woodall, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
    If "Yes," state the place of your incarceration R.J. Donovan Correctional Facility
    Are you employed at the institution? ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                    K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *June 2006, 60k per year, Capitol Merchant Bank, San Diego, CA.*
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *No one.*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):____
   *None - Student Loans $4,000, Citibank N.A.*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *None*

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.____
    *None*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/13/08_  
DATE

_[signature]_  
SIGNATURE OF APPLICANT

Declaration of Shawn James Allen Woodall

I, Shawn James Allen Woodall, dispose and say:

1. I am the Petitioner in this case and am proceeding Pro-Se.

2. I have a negative balance on my inmate trust account of at least -$173.39 for copies of legal documents I owe the California Department of Corrections.

3. The California Department of Corrections has a new policy which precludes me from obtaining a certified copy of my inmate trust account and sending it directly to this Court.

4. On June 13, 2008, I completed all necessary paperwork with law librarian, Juan Laguna, to have a certified copy of my inmate trust account mailed directly from the prison to this Court. I have been informed by staff that the certified copy of my inmate trust account will soon be forwarded to this Court.

5. I believe this policy is arbitrary and is in place by the California Department of Corrections

1  to impede or obstruct my Constitutional Right
2  to timely and meaningful access to this Court.

4  6. I have enclosed with this motion a true
5  and correct copy of the California Department of
6  Corrections New policy and procedures which
7  Affect this Court's policy and procedures on an
8  inmate's motion to proceed in forma pauperis.

10  I declare under the penalty of perjury
11  under the laws of the United States of America
12  that the foregoing is true and correct.

15  6-13-2008                    [signature]

- 2 -

```
REPORT ID: TS3030 .701                                    REPORT DATE: 05/30/08
                                                          PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY  01, 2008 THRU MAY  30, 2008

ACCOUNT NUMBER : F91270                   BED/CELL NUMBER: F21000000000147U
ACCOUNT NAME   : WOODALL, SHAWN JAMES         ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                             TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE         DESCRIPTION          COMMENT       HOLD AMOUNT
  ----------  ----   --------------------------  ----------   -----------

  02/08/2008  H110   COPIES HOLD                 4129/FEB08         56.80
  03/17/2008  H110   COPIES HOLD                 4876/MAR08         90.30
  03/20/2008  H110   COPIES HOLD                 5010/MAR08          8.00
  04/11/2008  H110   COPIES HOLD                 5446/APR08          9.00
  05/02/2008  H110   COPIES HOLD                 5881/APR08          2.10
  05/02/2008  H110   COPIES HOLD                 5881/APR08          8.40

                              TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
  -----------  ----------  ------------  ----------  ----------  --------------

        1.21        0.00         0.00        1.21      174.60           0.00
  -----------  ----------  ------------  ----------  ----------  --------------
  -----------  ----------  ------------  ----------  ----------  --------------

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                           -------------
                                                                173.39-
                                                           -------------
                                                           -------------
```

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date    :    January 31, 2008

To      :    Inmate Population at R. J. Donovan Correctional Facility

Subject:   **PROCEDURES FOR PROCESSING IN FORMA PAUPERIS**

1. The inmate sends his request along with his entire completed and signed **authentic** in Forma Pauperis Application, which may be obtained from the law library. The paperwork will then be turned in to the law library staff, they will forward to the Trust Office. **Be advised that if you send a handwritten non-authentic In Forma Pauperis to the courts, it may be rejected or require notarization which you are required to pay for regardless if you are indigent or not.**

2. The Trust Office attaches a certified trust account statement.

3. The Trust Office forwards all paperwork to the Litigation Coordinators Office.

4. The Litigation Coordinators Office will forward paperwork to the inmate's assigned Correctional Counselor I. **At NO time will the inmate handle, copy or possess the Certified Statement of Trust Account.**

5. The Correctional Counselor I inserts the six month certified statement in the envelope along with the court documents in the presence of the inmate, seals the envelope, and processes it out of the institution as legal mail with a signed Trust Withdrawal Order from the inmate. **No additional copies will be provided.**

6. The Correctional Counselor I completes the Litigation Route Slip and returns it to the Litigation Coordinators Office showing work has been completed.

7. The Litigation Coordinators Office will maintain completed Route Slips in a file.

8. If the inmate does not have his court documents ready to mail, the Counselor will attempt to complete the procedure one or two days later. If the inmate still is not ready or refuses to follow the procedure, the attempt of service will be documented on the route slip and all documents will be returned to the Litigation Office to be filed. When the inmate is ready he may request them from the Litigation Office.


Original Signed By


R. COBB, Litigation Coordinator
R. J. Donovan Correctional Facility

* CDC 1617 (3/89)

# CERTIFED STATEMENT OF TRUST ACCOUNT

I, __Shawn Woodall__, __F91270__, __2-10-147ᵘ__
   Name:                CDC #:              Housing Unit:

am seeking to bring a civil action or appeal a judgment in the
__U.S. District Court__ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)

(In Forma Pauperis) pursuant to 28 U. S. C. 1915 (a) (2).

Enter the caption for the legal action:
__Shawn James Allen Woodall__ v. __Robert Hernandez__
Plaintiff:                                 Defendant:

Address of the Court:   __U.S. District Court__
                        __880 Front Street, Suite 4290__
                        __San Diego, CA 92101-8900__

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution.

__/s/ Shawn Woodall__
Inmate Signature:

## Library Section

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting Office at the Institution for processing.

The Inmate request for Certified Statement of Trust Account was received in the Central Library on, __6-17-08__, by __[signature]__.
                       Date:                Name of Librarian who logged request:

## Accounting Section

A Certified Statement of the inmates Trust Account for a six month period from _____ through _____, for the above identified inmate was processed through the R. J. Donovan Accounting Office on, _____, by _____, and forwarded to the
Date:                  Name of Accounting Staff processing statement:
Litigation Coordinators Office.

## Counselor Section

I, _____ declare that on, _____, I
   Name of Counselor processing:          Date:
forwarded the Certified Statement of the Trust Account to the mailroom for processing through the United States Postal Service addressed as indicated on the envelope filled out by the above inmate.

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____     _____
DATE                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                    _____
                    OFFICER'S FULL NAME (PRINTED)

                    _____
                    OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)          -4-          K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Shawn Woodall # F91270__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__6-13-08__                              __[signature]__
DATE                                     SIGNATURE OF PRISONER

CIV-67 (Rev. 2/05)                -5-                K:\COMMON\FORMS\CIV-67