# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JUL 22 PM 1:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Moskowitz
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 7/18/2008
CASE NO.: 08cv1132 BTM (RBB)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Woodall v. Hernandez, et al
DOCUMENT ENTITLED: Letter (Re: Motion to Proceed IFP)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Motion already granted (Docket #5).** |

Date forwarded: 7/21/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BTM

Dated: 7/21/08    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

Shawn Woodall #F91270
2-10-147ᵘ
P.O. Box 799002
San Diego, CA 92179-9002

**REJECTED**

United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re: Woodall v. Hernandez, 08-1132 BTM (RBB)
08cv1132 BTM (RBB)

Dear Clerk:

Please find enclosed a certified copy of my inmate trust account which goes with the in forma pauperis motion for my writ of habeas corpus under 28 U.S.C. Section 2254.

I ask that you submit this form to the Court so that my case can proceed.

Thank you.

Sincerely,

[signature] Shawn Woodall

6/19/08