1 Shawn Woodall #F91270
2 California Correctional Institution
3 Unit 2, Dorm 5, Bed 42up
4 P.O. Box 608 - State Prison
5 Tehachapi, CA 93581

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court
Southern District of California

Shawn James Allen Woodall,           Case No. 08cv1132-BTM(RBB)
    Petitioner,
v.                                    Notice of Change of
Robert J. Hernandez, Warden,          Address
    Respondent.

The Petitioner has moved since the filing of this Action. The Petitioner's new Address is as follows:
Shawn Woodall #F91270
California Correctional Institution
Unit 2, ~~[redacted]~~ Gym 14up
P.O. Box 608 - State Prison
Tehachapi, CA 93581.

Respectfully Submitted,

7/25/08                               Shawn Woodall

Certificate of Service:

I, Shawn James Allen Woodall, under the penalty of perjury under the laws of the United States of America declare that a true and correct copy of the foregoing: Notice of Change of Address was mailed to the below named individual:

Edmund G. Brown, Jr.
Attorney General
State of California
110 West "A" Street
San Diego, CA 92101

7/25/08                              [signature: Shawn Woodall]

Shaw Woodall #F91270
California Correctional Institution
Unit 2, Gym, 14 up
P.O. Box 608 - State Prison
Tehachapi, CA 93581

Confidential Legal Mail

U.S. District Court
Southern District of California
880 Front Street, Ste 4290
San Diego, CA 92101-8900