1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ERIKA HIRAMATSU, State Bar No. 190883
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2224
    Fax: (619) 645-2191
9   Email: Erika.Hiramatsu@doj.ca.gov

10 Attorneys for Respondent

12             IN THE UNITED STATES DISTRICT COURT

13             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15 **SHAWN JAMES ALLEN WOODALL,**          08-1132 BTM (RBB)

16                           Petitioner,    **REQUEST FOR PROTECTIVE ORDER TO FILE STATE-COURT-SEALED REPORTER'S TRANSCRIPTS UNDER SEAL**

17     v.

18 **ROBERT J. HERNANDEZ, Warden,**

19                           Respondent.

22     I, ERIKA HIRAMATSU, declare the following is true and correct under penalty of

23 perjury:

24     Petitioner seeks habeas corpus relief from this Court based upon a claim that he did not

25 make a knowing and intelligent waiver of his constitutional right to a formal probation

26 revocation hearing. To support his claim, Petitioner alleges that on August 30, 2006, the court

27 stated it would defer discussion of the probation matter until September 28, 2006, and infers

28 such discussion never occurred on the later date.

1       The state trial court ordered the court reporter's notes from the hearings on August 30, 2006, and September 28, 2006, to be placed under seal. (Exh. 1.)

      In Petitioner's state direct appeal, the California Court of Appeal granted Petitioner's appellate counsel's request to order transmission of the sealed reporter's transcripts from the trial court to Respondent and to Petitioner's appellate counsel, but the court additionally ordered the parties to maintain the transcripts under seal. (Exh. 2.) The Court of Appeal quoted statements made during the proceedings on August 30, 2006, in support of the holding in its written opinion, which addresses the same issues as those Petitioner raises in this Petition.

      Rule 5(c) of the Rules Governing section 2254 cases requires the State to identify all available transcripts and to attach relevant portions of the transcript to its answer. *Sizemore v. District Court*, 735 F.2d 204, 206-07 (6th Cir. 1984). While the Reporter's Transcripts for August 30, 2006, and September 28, 2006, are clearly relevant and material to Petitioner's claims in this matter, Respondent remains bound by the California Court of Appeal's July 13, 2007, Order to maintain the transcripts under seal. (*See* Exh. 2.)

      For this reason, Respondent requests this Court order the August 30, 2006, and September 28, 2006, Reporter's Transcripts on Appeal in *People v. Rojas* (Cal. Ct. App. No. D050136) to be filed under seal with this Court. *See* CivLR 79.2(c).

      If this Court declines to issue an order sealing such transcripts, Respondent may file a request for enlargement of time in which to file an Answer, so Respondent can pursue an order from the California Court of Appeal to unseal the transcripts.

////
////
////
////
////
////
////
////

1    Dated:  August 11, 2008

2    Respectfully submitted,

3    EDMUND G. BROWN JR.
     Attorney General of the State of California

4    DANE R. GILLETTE
     Chief Assistant Attorney General

5    GARY W. SCHONS
     Senior Assistant Attorney General

6    KEVIN VIENNA
     Supervising Deputy Attorney General

7

8

9     s/Erika Hiramatsu
     ERIKA HIRAMATSU
10   Deputy Attorney General
     Attorneys for Respondent
11

12

13   80270454.wpd
     SD2008801763

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR PROTECTIVE ORDER                                               08cv1132

## **TABLE OF EXHIBITS**

| Exh. # | Description | Page |
|---|---|---|
| 1 | Minute Order, *People v. Woodall*, No. SCD200201 (Cal. Super. Ct. Sept. 28, 2006) | 1 |
| 2 | Order, *People v. Woodall*, No. D050136 (Cal. Ct. App. July 13, 2007 | 2 |

# EXHIBIT 1

Case 3:08-cv-01132-BTM-RBB    Document 8    Filed 08/11/2008    Page 5 of 9

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SCD 200201  DA ABU92701  BKG                          DATE **09-28-06** AT **1:30 p.m.** IN DEPARTMENT **30**

**HON. TIMOTHY R. WALSH**                              REPORTER: **TAMELA ERVIN, CSR # 9685**
                                                       REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

CLK: **BEVERLY LINDAHL**
                                                       **BRIGHT, CALLY**, Deputy District Attorney
                                                       COUNSEL FOR THE PEOPLE
**PEOPLE OF THE STATE OF CALIFORNIA,**
                              PLAINTIFF,               **LEE, JOHN**, Deputy Alt. Public Defender
            VS.                                        COUNSEL FOR THE DEFENDANT

**SHAWN JAMES ALLE WOODALL,**
                              DEFENDANT.               PROBATION OFFICER: **RONDA TRUESDALE**

### VIOLATIONS

Ct(s):    Ct. 1 HS11352(a); Ct. 2 HS11351.5
Enh(s):   Ct. 1 PC1203.073(b)(7)
Prior(s): PC1203(e)(4); PC667.5(b)

### PROBATION HRG-SENTENCING

The defendant is present.

The defendant waives arraignment for judgment. The defendant is committed to the **California Department of Corrections.**

The term breakdown is as follows:

| Count(s) | Violation(s) | Term(s) | | |
|---|---|---|---|---|
| 1 | HS11352(a) | Middle | 4 Years 0 Months Principal | |
| Enh. | PC1203.073(b)(7) | | | |
| 2 | HS11351.5 | Middle | 4 Years 0 Months Concurrent | Stayed per PC 654 |
| Prior(s) | PC667.5(b) | | 1 Year Consecutive | |

The term is **5 years and 0 months.**

The defendant is ordered to register pursuant to HS 11590. Testing is ordered pursuant to PC 296

Execution of the sentence is suspended. The defendant is granted **probation** for a period of **5 years** under the supervision of a probation officer. Probation will expire **09-27-11.**

The defendant is **committed to the custody of the Sheriff** for **365 days.** The defendant is given credit for time served of **79 actual days.**
The defendant waives all past and future PC 4019/PC 2933.1 custody credits.

The defendant is ordered to pay a fine of **$239**, plus penalty assessments. The defendant is ordered to pay a restitution fine in the amount of **$200** pursuant to PC 1202.4(b).

Monies are to be paid to the Probation Department through Revenue and Recovery at a combined rate of **$30** per month. Payments are to begin 60 days after release from custody.

The Court retains jurisdiction as to restitution. The defendant is also ordered to pay: probation costs as shown in the Probation Order, court-appointed attorney fees in the amount of **$570**. The defendant is referred to the Department of Revenue and Recovery to set up a payment account.

The defendant waives Fourth Amendment protection as to the following: person, property, place of residence, vehicle, personal effects.

The defendant is ordered to register pursuant to HS 11590. Testing is ordered pursuant to PC 296  DMV abstract required.  B.A.C. **drugs**.
Further conditions are set forth in the Probation Order.

### CUSTODY STATUS

The defendant is **remanded to the custody of the Sheriff without bail.**

### OTHER

$20 court security fee imposed for each count for a total of $40. $200 probation revocation restitution fine to be suspended unless probation is revoked. $239 fine is satisfied with credit for time served.

The defendant may be released after 180 days of actual custody to an authorized representative of a probation approved residential rehabilitation program, or the Alternate Public Defenders Office, to serve out the balance of his custodial sanction.

The Court recommends that the defendant's mother's ashes be released to the custody of the defendant's wife.

The Court further orders the court reporters notes be sealed from the hearings on August 30, 2006, and September 28, 2006.

Firearms prohibition given pursuant to PC12021. Report to Registrar of Voters.

If the prison term is imposed the defendant will receive good time credits.

Page: 1 of 1                           ORIGINAL                    Judge of the Superior Court

EX. 1 - 1

**EXHIBIT 2**

COURT OF APPEAL - STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION ONE

THE PEOPLE,
Plaintiff and Respondent,
v.
SHAWN JAMES ALLEN WOODALL,
Defendant and Appellant.
**D050136**
**San Diego County No. SCD200201**
**San Diego County No. SCD176528**

FILED
Stephen M. Kelly, Clerk
JUL 1 3 2007
Court of Appeal Fourth District

THE COURT:

Appellant's unopposed "Motion for Order to Transmit/View Sealed Record" filed on June 21, 2007, is GRANTED. The clerk of the court is directed to distribute copies of the sealed reporter's transcripts dated August 30, 2006, and September 28, 2006, to the Attorney General and appellant's counsel. The parties are ordered to maintain the transcripts UNDER SEAL.

_McConnell_
Presiding Justice

cc: All Parties

EX. 2 - 2

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Woodall v. Hernandez**

No.: **08-1132 BTM (RBB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 11, 2008, I served the following documents:

**REQUEST FOR PROTECTIVE ORDER TO FILE STATE-COURT-SEALED REPORTER'S TRANSCRIPTS UNDER SEAL; and [PROPOSED] PROTECTIVE ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Shawn James Allen Woodall
F-91270
California Correctional Institution
P.O. Box 608
Tehachapi, CA 93581

*Pro Se*

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **Shawn James Allen Woodall** at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 11, 2008, at San Diego, California.

Bonnie Peak
_____            _____
          Declarant                                                            Signature

SD2008801763
80270630.wpd