IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN JAMES ALLEN WOODALL,**<br><br>　　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT J. HERNANDEZ, Warden,**<br><br>　　　　　　　　　　　　　　Respondent. | 08-1132 BTM (RBB)<br><br>**ORDER GRANTING IN PART RESPONDENT'S REQUEST FOR PROTECTIVE ORDER [DOC. NO. 8]** |

　　　The Court hereby grants in part Respondent's Request for Protective Order to File State-Court-Sealed Reporter's Transcripts Under Seal [doc. no. 8]. This Court authorizes Respondent to lodge the August 30, 2006, and September 28, 2006, Reporter's Transcripts on Appeal in *People v. Rojas* (Cal. Ct. App. No. D050136) **UNDER SEAL** to permit Respondent to comply with the July 13, 2007, Order of the California Court of Appeal in case number D050136. Alternatively, Respondent may seek an order from the California Court of Appeal to unseal the transcripts.

Dated: August 12, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 08-1132 BTM (RBB)

1